CASE NUMBER: 5-24-CV-149-JHM

Cindy Mitchell vs. Mccracken Co. Jailer David Knight and Mccracken Co. Jail

On August 26th 2023 I slipped and fell in this jails hallway in a puddle of water and there was no wet floor sign up anywhere they did not take me to the emergency room and I've had neck and back pain every since I'm suing for 180,000.

Cindy Mitchell
9-3-24

RECEIVED
JAMES J. VILT, JR. - CLERK
SEP 03 2024
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Lindy Mitchell
McCracken Co Jail
400 Clarence Gaines St.
Paducah, KY. 42003

UNSCHEDULED
JAMESTOWN COUNTY
REGION SEP 10 2024
JAIL

FILED
JAMES J. VILT, JR. - CLERK
SEP 10 2024
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

NASHVILLE TN 370
7 SEP 2024 PM 4 L

Federal Courthouse
501 Broadway Suite 107
Paducah KY.

42001-680199