UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

**CINDY MITCHELL**                                                                                   **PLAINTIFF**

**v.**                                                   **CIVIL ACTION NO. 5:24-CV-P149-JHM**

**DAVID KNIGHT et al.**                                                                         **DEFENDANTS**

### ORDER

For the reasons set forth in the Memorandum entered this date and being otherwise sufficiently advised, **IT IS ORDERED** that the instant action is **DISMISSED** without prejudice pursuant to Fed. R. Civ. P. 41(b).

There being no just reason for delay in its entry, this is a **final** Order.

The Court **certifies** that an appeal *in forma pauperis* would not be taken in good faith.

Date: November 27, 2024

*Joseph H. McKinley Jr., Senior Judge*
United States District Court

cc:     Plaintiff, *pro se*
4414.009